

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print      Logon

**20PR-CC00029 - MARSHALL S KILBURN V AUTOSPORT ACQUISITIONS, ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending     Display Options: All Entries

---

**09/28/2020**    **Motion for Change of Venue**
Application for Change of Venue As a Matter of Right.
    **Filed By:** MATTHEW GLENN
    **On Behalf Of:** MARSHALL SCOTT KILBURN

**09/24/2020**    **Family Member/Roommate Served**
Document ID - 20-SMOS-69; Served To - SUHANICH, TIMOTHY M; Server - MONROE COUNTY WISCONSIN SHERIFF; Served Date - 17-SEP-20; Served Time - 13:40:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Left with Tiffany Schanich

**Notice of Service**
Return of Summons - Timothy Suhanich.
    **Filed By:** MATTHEW GLENN
    **On Behalf Of:** MARSHALL SCOTT KILBURN

**09/10/2020**    **Summons Issued-Circuit**
Document ID: 20-SMOS-69, for SUHANICH, TIMOTHY M.

**Summons Issued-Circuit**
Document ID: 20-SMOS-68, for AUTOSPORT ACQUISITIONS, LLC.

**Case Review Scheduled**
    **Scheduled For:** 12/11/2020; 9:00 AM ; BENJAMIN FREDERICK LEWIS; Perry

**09/04/2020**    **Filing Info Sheet eFiling**
    **Filed By:** MATTHEW GLENN

**Confidential Address Filed**
Confidential Case Filing Information Sheet - Non-Domestic Relations.
    **Filed By:** MATTHEW GLENN
    **On Behalf Of:** MARSHALL SCOTT KILBURN

**Pet Filed in Circuit Ct**
Petition for Damages.
    **Filed By:** MATTHEW GLENN

**Judge Assigned**

Ex. A

---

**IN THE CIRCUIT COURT OF PERRY COUNTY, MISSOURI**

| | | |
|---|---|---|
| MARSHALL KILBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No._____ |
| | ) | |
| AUTOSPORT ACQUISITIONS, LLC, | ) | **JURY TRIAL DEMANDED** |
| Serve:  Registered Agent | ) | |
|         Jacob Spirer | ) | |
|         2349 South Avenue | ) | |
|         La Crosse  WI 54601 | ) | |
| | ) | |
|  and | ) | |
| | ) | |
| TIMOTHY SUHANICH, | ) | |
| 10375 Harmony | ) | |
| Sparta WI  54656 | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR DAMAGES

COMES NOW, Plaintiff, Marshall Kilburn, by and through his counsel, Cook, Barkett, Ponder, & Wolz, L.C., and for his cause of action against Defendants Autosport Acquisitions, LLC and Timothy Suhanich, states and alleges as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. At all times relevant hereto, Plaintiff was a citizen and resident of Cape Girardeau County, Missouri.

2. At all times relevant hereto, Defendant Autosport Acquisitions, LLC was a business incorporated in the state of Wisconsin and was authorized to conduct business as a common carrier nationwide.

3. At all times relevant hereto, Defendant Timothy Suhanich (hereinafter "Defendant Suhanich") was a citizen and resident of the State of Wisconsin.

1

4. Venue and jurisdiction are proper in this court pursuant to R.S.Mo 508.010 in that this action arises from conduct which occurred in Perry County, Missouri.

5. At all times relevant hereto, Defendant Suhanich was acting as an agent and/or employee within the course and scope of his employment with Defendant Autosport Acquisitions.

6. On or about November 25, 2019, Defendant Suhanich was operating a truck owned by Autosport Acquisitions in a southernly direction on U.S. Highway 55.

7. On or about November 25, 2019, Plaintiff was lawfully stopped on the shoulder of Highway 55 to make vehicle repairs.

8. At all times herein, plaintiff remained off the drivable portion of Highway 55.

9. On or about November 25, 2019, Defendant Suhanich, in a careless and imprudent manner, drove his vehicle off the main travel portion of U.S. Highway 55 where it struck Plaintiff Kilburn.

10. On or about November 25, 2019, Defendant Suhanich was operating his vehicle without a driver's license.

11. After the accident, Defendant Suhanich left the scene without giving his name, address, or other relevant information to the appropriate authorities.

## COUNT I

## NEGLIGENCE – DEFENDANT AUTOSPORT ACQUISITIONS, LLC.

12. To the extent they are not inconsistent with this Count, Plaintiff incorporates the allegations in paragraphs 1-9 as if fully set forth herein.

13. At all times relevant hereto, Defendant Suhanich was acting as an agent and/or employee within the course and scope of his employment with Defendant Autosport Acquisitions.

14. In colliding with Plaintiff's vehicle, Defendant Suhanich operated Defendant Autosport Acquisitions' vehicle negligently in one or more of the following respects:

    a. Failed to exercise the highest degree of care to keep a careful lookout so as to discover Plaintiff prior to the collision;

    b. Allowed his vehicle to leave the drivable portion of the roadway where it struck Plaintiff;

    c. Drove too fast for the conditions.

15. As a direct and proximate result of the negligence of Defendant Autosport Acquisitions, Plaintiff suffered injuries to his right and left legs, skull, neck and back.

16. As a direct and proximate result of the negligence of Defendant Autosport Acquisitions, Plaintiff suffered past and future medical expenses and past and future pain and suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff Marshall Kilburn prays for judgment against Defendant Autosport Acquisitions, LLC, for such sums as are fair and reasonable in an amount in excess of $25,000, together with any and all costs incurred, and for such other relief as the Court may deem just and proper.

## COUNT II

## NEGLIGENCE – TIMOTHY SUHANICH

17. To the extent they are not inconsistent with this Count, Plaintiff incorporates the allegations in paragraphs 1-14 as if fully set forth herein.

18. At all times relevant hereto, Defendant Suhanich was acting as an agent and/or employee within the course and scope of his employment with Defendant Autosport Acquisitions.

19. In colliding with Plaintiff's vehicle, Defendant Suhanich operated Defendant Autosport Acquisitions vehicle negligently in one or more of the following respects:
    a. Failed to exercise the highest degree of care to keep a careful lookout so as to discover Plaintiff prior to the collision;
    b. Allowed his vehicle to leave the drivable portion of the roadway where it struck Plaintiff;
    c. Drove too fast for the conditions.
20. As a direct and proximate result of the negligence of Defendant Suhanich, Plaintiff suffered injuries to his right and left legs, skull, neck and back.
21. As a direct and proximate result of the negligence of Defendant Suhanich, Plaintiff suffered past and future medical expenses and past and future pain and suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff Marshall Kilburn prays for judgment against Defendant Timothy Suhanich, for such sums as are fair and reasonable in an amount in excess of $25,000, together with any and all costs incurred, and for such other relief as the Court may deem just and proper.

## COUNT III

## PUNITIVE DAMAGES--SUHANICH

22. To the extent they are not inconsistent with this Count, Plaintiff incorporates the allegations in paragraphs 1-20 as if fully set forth herein.
23. The actions described above taken by Defendant Suhanich were reckless, willful and wanton, and done with complete disregard for human safety.
24. As a direct and proximate result of the negligence of Defendant Suhanich, Plaintiff suffered injuries to his right and left legs, skull, neck and back.

25. As a direct and proximate result of the negligence of Defendant Suhanich, Plaintiff suffered past and future medical expenses and past and future pain and suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against the Defendant Suhanich for punitive damages in such and amount as will serve to punish the Defendant and for his reckless, willful and wanton conduct and deter Defendant and others from similar conduct in the future, which sum is in excess of 3 million dollars ($3,000,000.00), for her costs expended herein, and for such other and further relief as the Court deems necessary and proper.

## COUNT IV

## PUNITIVE DAMAGES—AUTOSPORT ACQUISITIONS, LLC

26. To the extent they are not inconsistent with this Count, Plaintiff incorporates the allegations in paragraphs 1-23 as if fully set forth herein.

27. By allowing Timothy Sahunich to operate their vehicle when he did not have a license, Defendant Autosport Acquisitions behaved in a willful, wanton and reckless manner.

28. As a direct and proximate result of the negligence of Defendant Autosport Acquisitions, Plaintiff suffered injuries to his right and left legs, skull, neck and back.

29. As a direct and proximate result of the negligence of Defendant Autosport Acquisitions, Plaintiff suffered past and future medical expenses and past and future pain and suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against the Defendant Autosport Acquisitions, LLC for punitive damages in such and amount as will serve to punish the Defendant and for his reckless, willful and wanton conduct and deter Defendant and others from similar conduct in the future, which sum is in excess of 3 million dollars ($3,000,000.00), for his

5

Electronically Filed - Perry - September 04, 2020 - 12:42 PM

costs expended herein, and for such other and further relief as the Court deems necessary and proper.

          Respectfully Submitted,

          COOK, BARKETT, PONDER & WOLZ, L.C.

          By:   /s/Matthew D. Glenn
              Matthew D. Glenn  -  #53671
              1610 N. Kingshighway, Suite #201
              Cape Girardeau, MO 63701
              Ph: 573-335-6651    Fax: 573-335-6182
              Email: mglenn@cbpw-law.com

          ADAM GOHN, L.C.

          By:  /s/Adam E. Gohn
              Adam E. Gohn, #65533
              P.O. Box 619
              Cape Girardeau, MO. 63702
              Phone: (573) 979-3183
              Email:  notice@adamgohn.law

          *Attorneys for Plaintiff*



# IN THE 32ND JUDICIAL CIRCUIT, PERRY COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number: 20PR-CC00029 |
|---|---|
| Plaintiff/Petitioner:<br>MARSHALL SCOTT KILBURN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW GLENN<br>COOK BARKETT PONDER & WOLZ LC<br>P O BOX 1180<br>1610 N KINGSHIGHWAY, SUITE 201<br>CAPE GIRARDEAU, MO  63702-1180 |
| Defendant/Respondent:<br>AUTOSPORT ACQUISITIONS, LLC | Court Address:<br>15 WEST STE MARIE<br>SUITE 2<br>PERRYVILLE, MO  63775 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** AUTOSPORT ACQUISITIONS, LLC
   **Alias:**    **SERVE: REGISTERED AGENT**
                        JACOB SPIRER, 2349 SOUTH AVENUE, LACROSSE WI  54601

**2333 SOUTH AVENUE**
**LA CROSSE, WI  54601**

*COURT SEAL OF*

*PERRY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____Sept. 10, 2020_____   _____/s/ Donna Schremp, deputy_____
            Date                                              Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
Summons   $_____
Non Est   $_____
Mileage   $_____  (_____ miles @ $ _____ per mile)
**Total**     $_____

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 32ND JUDICIAL CIRCUIT, PERRY COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number: 20PR-CC00029 |
|---|---|
| Plaintiff/Petitioner:<br>MARSHALL SCOTT KILBURN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW GLENN<br>COOK BARKETT PONDER & WOLZ LC<br>P O BOX 1180<br>1610 N KINGSHIGHWAY, SUITE 201<br>CAPE GIRARDEAU, MO 63702-1180 |
| Defendant/Respondent:<br>AUTOSPORT ACQUISITIONS, LLC | Court Address:<br>15 WEST STE MARIE<br>SUITE 2<br>PERRYVILLE, MO 63775 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
**(Except Attachment Action)**

**The State of Missouri to:** TIMOTHY M SUHANICH
**Alias:**

**10375 HARMONY**
**SPARTA, WI 54656**

*COURT SEAL OF*

*PERRY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____Sept. 10, 2020_____  _____/s/ Donna Schremp, deputy_____
                Date                                              Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $_____ per mile)
**Total**  $_____

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 32ND JUDICIAL CIRCUIT, PERRY COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number: 20PR-CC00029 |
|---|---|
| Plaintiff/Petitioner:<br>MARSHALL SCOTT KILBURN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW GLENN<br>COOK BARKETT PONDER & WOLZ LC<br>P O BOX 1180<br>1610 N KINGSHIGHWAY, SUITE 201<br>CAPE GIRARDEAU, MO 63702-1180 |
| Defendant/Respondent:<br>AUTOSPORT ACQUISITIONS, LLC | Court Address:<br>15 WEST STE MARIE<br>SUITE 2<br>PERRYVILLE, MO 63775 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** TIMOTHY M SUHANICH
Alias:

10375 HARMONY
SPARTA, WI 54656

**COURT SEAL OF**

**PERRY COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

_____Sept. 10, 2020_____        _____/s/ Donna Schremp, deputy_____
Date                                                           Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __Deputy Sheriff__ of __Monroe__ County, __WI.__ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with __Tiffany Schanich__, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent (__Oldest Daughter__)
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other: _____

Served at __5478 Iberia Ave.__ (address)
in __Monroe__ County, __WI__ (state), on __Sept. 17, 20__ (date) at __1:40 pm__ (time).

__Dep. Hoskins #14__                    __Dep. Hoskins__
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Subscribed and sworn to before me this __17__ (day) __September__ (month) __2020__ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☒ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

Commission Exp: 3-12-21   _____ Admin Asst
                                                Signature and Title

Terri L Harrison

| Service Fees | |
|---|---|
| Summons | $ 75.00 |
| Non Est | $ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ 75.00 Pd |

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 20-SMOS-69        1 of 2  (20PR-CC00029)        Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                                                                                506.500, 506.510 RSMo

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSOURI

| | |
|---|---|
| MARSHALL KILBURN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20PR-CC00029 |
| AUTOSPORT ACQUISITIONS, LLC, And TIMOTHY SUHANICH, | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) |

## APPLICATION FOR CHANGE OF VENUE
## AS A MATTER OF RIGHT

**COMES NOW** Plaintiff, by its attorneys, Cook, Barkett, Ponder & Wolz, L.C. and requests that this case transferred as a matter of right under Rule 51.03 because Perry County has less than seventy-five thousand (75,000) inhabitants. Plaintiff also requests a change of judge pursuant to the Missouri Rules of Civil Procedure.

Respectfully submitted,

COOK, BARKETT, PONDER & WOLZ, LC

By: ___/s/Matthew D. Glenn_____
    Matthew D. Glenn #53671
    1610 N. Kingshighway, Suite 201
    P.O. Box 1180
    Cape Girardeau, MO 63702-1180
    573-335-6651 - Fax: 573-335-6182
    E-mail:  mglenn@cbpw-law.com

ADAM GOHN, L.C.

By: /s/Adam E. Gohn_____
    Adam E. Gohn, #65533
    P.O. Box 619
    Cape Girardeau, MO. 63702
    Phone: (573) 979-3183
    Email:  notice@adamgohn.law

*Attorneys for Plaintiff*